UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT WILLIE JOHNSON,

                    Plaintiff,

           -against-

LEWISBURG UNITED STATES
PENITENTIARY, et al.,

                    Defendants.

ROBERT WILLIE JOHNSON,

                    Plaintiff,

           -against-

GEOFFREY J.L. BROWN, et al.,

                    Defendants.

1:26-CV-2723      (LTS)

1:26-CV-2832      (LTS)

CIVIL JUDGMENT

For the reasons stated in May 26, 2026, order, these actions are dismissed.

Because Plaintiff has not made a substantial showing of the denial of a constitutional right, certificates of appealability will not issue. See 28 U.S.C. § 2253.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    May 29, 2026
          New York, New York

_____/s/ Laura Taylor Swain_____
          LAURA TAYLOR SWAIN
     Chief United States District Judge